57

(No. 74-CC-32—Claimant )

BRAUN AUTOMOTIVE, INC., Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF GENERAL SERVICES, Respondent.

*Opinion filed August 23, 1973.*

BRAUN AUTOMOTIVE, INC., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 5545—Claimant )

SCM CORPORATION, Claimant, *vs.* STATE OF ILLINOIS, SECRETARY OF STATE, Respondent.

*Opinion filed August 23, 1973.*

SCM CORPORATION, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.